IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**BLAIR R. JONES, JR.**

    Petitioner,

v.                                                     Civil Action No. 1:07cv115
                                                        Criminal Action No. 1:05cr95(1)
                                                        (Judge Keeley)

**UNITED STATES OF AMERICA,**

    Respondent.

### ORDER DENYING AS MOOT PETITIONER'S IFP MOTION

The pro se petitioner initiated this case pursuant to a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Pending before the Court is the petitioner's Motion to Proceed In Forma Pauperis.

There are no filing or service fees associated with a § 2255 motion. The only instance in which this Court would be required to determine the petitioner's status as a pauper is upon a motion for counsel or a motion for transcripts. Because a review of the files shows that the petitioner has filed no such requests, his motion to proceed as a pauper (dckt. 2/223) is **DENIED as MOOT**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the pro se petitioner.

DATED: September 6, 2007.

                                                   /s/ *John S. Kaull*
                                                   JOHN S. KAULL
                                                   UNITED STATES MAGISTRATE JUDGE